UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSICA TISCHER, individually and as Personal, )
Representative for the Spouse and Children of )
JACOB TISCHER, decedent, )
                                  )
        Plaintiff, )
                                  )
      v. )        No. 19 CV 166
                                  )
UNION PACIFIC RAILROAD COMPANY, )
a Delaware corporation, )
                                  )
        Defendant. )
-------------------------------------------------------- )
UNION PACIFIC RAILROAD COMPANY )
                                  )
    Defendant/Third-Party Plaintiff )
                                  )
v. )
                                  )
PROFESSIONAL TRANSPORTATION INC. )
                                  )
    Third-Party Defendant. )

## AFFIDAVIT OF BARRY OHMBERGER

Barry Ohmberger, being first duly sworn, deposes and states:

1.     I am over the age of 18. I make this Affidavit on personal knowledge and I am competent to testify to the matters stated in this Affidavit. All of the information contained in this Affidavit is true and correct, and I would testify to the same, if called upon to do so.

2.     I am employed as the Telecommunications and Mobile Technology Operations Manager at Professional Transportation, Inc. ("PTI"). My business address is 3700 E Morgan Avenue, Evansville, Indiana. In August of 2017, I held the same position at the same location with PTI as I do today.

3.     I have no personal knowledge of the events of August 12, 2017 involving Jacob Tischer's personal health condition. However, subsequently, and in preparation for my disclosure as a non-retained expert witness in this case, I undertook to review certain materials relevant to this matter.

1

4.      Among the materials I reviewed was a document entitled "Activity – Detail" which data was downloaded and produced by PTI. (*See* Exhibit A, attached hereto and identified as UP000511 - UP000517).

5.      Global Positioning Device ("GPS") recording devices are installed on PTI vehicles for the purposes of tracking the movement of the vehicles.  I personally have downloaded and referred to this type of information, and in this format, frequently in my role at PTI.

6.      A review of the GPS data reported on Exhibit A confirms that the location positioning data reported on the document was taken from the crew van vehicle, a 2013 Ford Explorer, leased by PTI and driven by PTI personnel on August 12, 2017.  The data was recorded via GPS mobile device number 419-C15381.

7.      Exhibit A is a true and accurate recording of the precise movements of the crew van vehicle leased by PTI and operated by PTI personnel between 12:00 a.m. and 11:59 p.m. on August 12, 2017.  This document was downloaded on September 10, 2017 by PTI personnel who accessed the data by taking the following steps: (1) accessing the on-line website database maintained by Trimble, Inc., accessible at www.road.com; (2) entering the GPS mobile device number 419-C15381 and the date August 12, 2017; (3) requesting an Activity – Detail Report; and (4) downloading the generated Activity – Detail Report. Thereafter, this document was kept by PTI in the ordinary course of its business.

8.      I am aware that on August 12, 2017, PTI employed Charles "Chaz" Lux as a van driver supporting the transportation of Union Pacific Railroad Company train crews in and between its various facilities.

9.      Among the materials I reviewed was a document entitled "Shift List" which document was produced by PTI.  (*See* Exhibit B, attached hereto and identified as PTI 0375 – PTI 0376).

9.      In review of PTI's Shift List regarding Mr. Lux, I can confirm that Mr. Lux was assigned to and did operate exclusively the crew van vehicle that is the subject of Exhibit A, in and between Union Pacific railroad facilities between the hours of 8:01 a.m. and 9:20 p.m. on August 12, 2017. (Exhibit A; Exhibit B).

10.     Therefore, the GPS data recorded in Exhibit A represents a true and accurate reporting of the crew van movements made by Mr. Lux between the hours of 8:01 a.m. and 9:20 p.m. on August 12, 2017.

I declare under penalty of perjury under the laws of the State of Indiana that the foregoing is true and correct and that this declaration was executed on this _15_ th day of January 2020.

Barry Ohmberger
Telecommunications and Mobile
Technology Operations Manager
Professional Transportation, Inc.

State of Indiana
County of: _IN_

On this _15th_ day of _Jan_, 2020, this record was signed before me by Barry Ohmberger.

(Seal)

HEATHER FREDERICK
Resident of Vanderburgh County, IN
Commission Expires: November 4, 2022
Commission # 660090

Notary Public Signature

Commissioned in
_Vanderburg_ County.

3

# EXHIBIT A

Trimble Report

## Activity - Detail

**Activity Report from 8/12/17 12:00 AM to 8/12/17 11:59 PM**

*(Note: Date/Time and Stop Duration are rounded off to the nearest minute)*

**Mobile Device: 419-C15381**

| Summary | |
|---|---|
| Total Time | 0D:23H:59M |
| Total Travel Time | 0D:5H:34M |
| Total Distance (M) | 100.9 |
| Number of Stops | 35 |
| Total Stop Time | 0D:18H:25M |

| Stop Color Legend | |
|---|---|
| Green | stops >= 3 & < 15 min |
| Yellow | stops >= 15 & < 60 min |
| Red | stops >= 60 min |

**Detail:**

| Date | Time | Signal Strength (dbm) | Status | Distance (M) | Location | County |
|---|---|---|---|---|---|---|
| 8/12/17 | 12:00 AM (CDT) | -71 | Parked (0D:0H:1M) | 0 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 12:01 AM (CDT) | -71 | 6 mph/ W | 0 | 1475 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 12:06 AM (CDT) | -87 | 58 mph/ N | 2.5 | Us-53, Eau Claire, WI 54703, US | Eau Claire |
| 8/12/17 | 12:11 AM (CDT) | -75 | 67 mph/ NW | 7.7 | Us-53, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 12:16 AM (CDT) | -85 | 39 mph/ E | 12.9 | 12419 Cr-s, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 12:22 AM (CDT) | -85 | 6 mph/ N | 15.2 | 14666 Cr-s, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 12:28 AM (CDT) | -79 | 7 mph/ N | 16.1 | 14409 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 12:33 AM (CDT) | -81 | 6 mph/ N | 18.1 | 14698 Cr-s, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 12:38 AM (CDT) | -83 | 9 mph/ N | 18.9 | 14449 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 12:41 AM (CDT) | -75 | Parked (0D:0H:31M) | 19 | 14427 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |

UP000511

Trimble Report

| 8/12/17 | 1:12 AM (CDT) | -81 | 6 mph/ N | 19 | 14425 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
|---------|---------------|-----|----------|-----|----------------------------------------------|----------|
| 8/12/17 | 1:18 AM (CDT) | -75 | Parked (0D:0H:12M) | 19.3 | 14415 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 1:30 AM (CDT) | -77 | 6 mph/ S | 19.3 | 14417 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 1:33 AM (CDT) | -81 | Parked (0D:0H:2M) | 19.3 | 14429 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 1:35 AM (CDT) | -83 | 6 mph/ S | 19.3 | 14431 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 1:41 AM (CDT) | -79 | 6 mph/ N | 20.1 | 14680 Cr-s, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 1:44 AM (CDT) | -89 | Parked (0D:0H:4M) | 20.3 | 14642 Cr-s, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 1:48 AM (CDT) | -93 | 6 mph/ N | 20.3 | 14646 Cr-s, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 1:53 AM (CDT) | -75 | 6 mph/ S | 21.1 | 14399 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 1:56 AM (CDT) | -77 | Parked (0D:0H:1M) | 21.3 | 14431 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 1:57 AM (CDT) | -77 | 6 mph/ S | 21.3 | 14435 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 2:04 AM (CDT) | -85 | Parked (0D:0H:5M) | 22 | 14672 Cr-s, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 2:09 AM (CDT) | -81 | 6 mph/ S | 22 | 14678 Cr-s, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 2:14 AM (CDT) | -93 | 12 mph/ SW | 23.5 | 1808 Kennedy Rd, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 2:19 AM (CDT) | -85 | 27 mph/ SW | 24.9 | 948 E Grand Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 2:20 AM (CDT) | -63 | Parked (0D:0H:4M) | 25.2 | **Landmark:** CHIPPEWA FALLS, WI [ES331] Depot St, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 2:24 AM (CDT) | -53 | 6 mph/ SW | 25.2 | 247 N State St, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 2:29 AM (CDT) | -71 | 43 mph/ SW | 27.3 | Wi-124, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 2:34 AM (CDT) | -65 | Parked (0D:0H:1M) | 27.6 | Hy 124 Frontage Rd, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | | -63 | 6 mph/ W | 27.7 | | Chippewa |

Trimble Report

| | 2:35 AM (CDT) | | | | Hy 124 Frontage Rd, Chippewa Falls, WI 54729, US | |
|---|---|---|---|---|---|---|
| 8/12/17 | 2:40 AM (CDT) | -67 | 14 mph/ SE | 30.5 | Us-53-br, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 2:45 AM (CDT) | -91 | 62 mph/ SW | 34.9 | Us-53, Eau Claire, WI 54703, US | Eau Claire |
| 8/12/17 | 2:50 AM (CDT) | -85 | 31 mph/ E | 37.6 | 1694 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 2:52 AM (CDT) | -73 | Parked (0D:0H:7M) | 37.8 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 2:59 AM (CDT) | -75 | 6 mph/ W | 37.8 | 1480 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 3:03 AM (CDT) | -69 | Parked (0D:1H:7M) | 37.9 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 4:10 AM (CDT) | -71 | 7 mph/ E | 37.9 | 1456 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 4:15 AM (CDT) | -69 | 30 mph/ W | 39.9 | 6156 S Beach Dr, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 4:21 AM (CDT) | -61 | Parked (0D:0H:6M) | 40.6 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 4:27 AM (CDT) | -63 | 6 mph/ E | 40.6 | 800 Garfield Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 4:32 AM (CDT) | -71 | 32 mph/ W | 41.9 | 211 Nine Mile Creek Rd, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 4:37 AM (CDT) | -73 | 6 mph/ W | 43.2 | 1480 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 4:42 AM (CDT) | -85 | Parked (0D:0H:2M) | 43.9 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 4:44 AM (CDT) | -85 | 6 mph/ N | 43.9 | 2377 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 4:48 AM (CDT) | -69 | Parked (0D:0H:4M) | 44.6 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 4:52 AM (CDT) | -73 | 7 mph/ SE | 44.6 | 1459 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 4:57 AM (CDT) | -69 | 11 mph/ W | 46.6 | 6129 S Beach Dr, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 5:02 AM (CDT) | -69 | Parked (0D:0H:9M) | 47.2 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | | -67 | 6 mph/ NW | 47.2 | | |

UP000513

Trimble Report

| 8/12/17 | 5:11 AM (CDT) | | | | 178 Bartlett Ave, Altoona, WI 54720, US | Eau Claire |
|---|---|---|---|---|---|---|
| 8/12/17 | 5:13 AM (CDT) | -65 | Parked (0D:0H:6M) | 47.2 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 5:19 AM (CDT) | -65 | 6 mph/ NW | 47.2 | 336 Bartlett Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 5:24 AM (CDT) | -81 | 29 mph/ W | 48.5 | 2364 Lake Rd, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 5:30 AM (CDT) | -67 | Parked (0D:9H:37M) | 50 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 3:07 PM (CDT) | -81 | 7 mph/ W | 50.1 | 1475 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 3:12 PM (CDT) | -65 | 12 mph/ S | 52.3 | 1193 Lake Rd, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 3:16 PM (CDT) | -63 | Parked (0D:0H:3M) | 52.6 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 3:19 PM (CDT) | -65 | 7 mph/ W | 52.6 | 1553 Lake Rd, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 3:24 PM (CDT) | -73 | Parked (0D:0H:1M) | 53 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 3:25 PM (CDT) | -71 | 7 mph/ NW | 53 | 201 1st St E, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 3:29 PM (CDT) | -73 | 9 mph/ W | 53.3 | 1505 Lake Rd, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 3:35 PM (CDT) | -71 | Parked (0D:0H:2M) | 53.7 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 3:37 PM (CDT) | -73 | 7 mph/ E | 53.7 | 1202 Lynn Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 3:40 PM (CDT) | -67 | Parked (0D:0H:15M) | 53.9 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 3:55 PM (CDT) | -71 | 6 mph/ E | 53.9 | 926 Hayden Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 4:00 PM (CDT) | -79 | 20 mph/ N | 55.3 | Oakleaf Way, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 4:05 PM (CDT) | -77 | 65 mph/ N | 59.7 | Us-53, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 4:10 PM (CDT) | -77 | 65 mph/ N | 65.1 | Us-53, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 4:15 PM (CDT) | -87 | 39 mph/ E | 69.1 | 14521 Cr-s, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | | -73 | 7 mph/ NW | 70.3 | | Chippewa |

UP000514

Trimble Report

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4:20 PM (CDT) | | | | 14425 95th Ave, Chippewa Falls, WI 54729, US | |
| 8/12/17 | 4:23 PM (CDT) | -75 | Parked (0D:1H:30M) | 70.3 | 14403 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 5:53 PM (CDT) | -79 | 7 mph/ N | 70.4 | 14405 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 5:58 PM (CDT) | -71 | 6 mph/ N | 70.7 | 14334 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 6:03 PM (CDT) | -75 | Parked (0D:0H:3M) | 71.1 | 10101 WI-124, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 6:06 PM (CDT) | -73 | 6 mph/ N | 71.2 | 10500 142nd St, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 6:10 PM (CDT) | -73 | Parked (0D:0H:3M) | 71.5 | 14191 105th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 6:13 PM (CDT) | -73 | 7 mph/ S | 71.6 | 14193 105th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 6:15 PM (CDT) | -81 | 6 mph/ S | 71.7 | 10065 WI-124, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 6:21 PM (CDT) | -71 | 7 mph/ S | 72.3 | 14390 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 6:24 PM (CDT) | -79 | Parked (0D:0H:11M) | 72.4 | 14395 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 6:35 PM (CDT) | -77 | 6 mph/ SE | 72.4 | 14397 95th Ave, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 6:40 PM (CDT) | -83 | Parked (0D:0H:1M) | 73.3 | 14678 Cr-s, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 6:41 PM (CDT) | -79 | 6 mph/ S | 73.4 | 14680 Cr-s, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 6:47 PM (CDT) | -85 | 7 mph/ S | 74.9 | 765 Halbleib Rd, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 6:48 PM (CDT) | -83 | Parked (0D:0H:5M) | 75.2 | **Landmark: NORMA,WI [ES333]** 1806 Kennedy Rd, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 6:53 PM (CDT) | -75 | 6 mph/ SW | 75.2 | 1585 Williams St, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 6:58 PM (CDT) | -73 | 6 mph/ SW | 77 | 290 W River St, Chippewa Falls, WI 54729, US | Chippewa |

UP000515

Trimble Report

| 8/12/17 | 7:03 PM (CDT) | -81 | 67 mph/ SE | 80.8 | Us-53, Chippewa Falls, WI 54729, US | Chippewa |
| 8/12/17 | 7:08 PM (CDT) | -89 | 68 mph/ S | 86.5 | Us-53, Eau Claire, WI 54703, US | Eau Claire |
| 8/12/17 | 7:13 PM (CDT) | -75 | 7 mph/ E | 88.9 | 1518 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 7:15 PM (CDT) | -71 | Parked (0D:0H:6M) | 88.9 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 7:21 PM (CDT) | -71 | 6 mph/ E | 88.9 | 1470 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 7:26 PM (CDT) | -65 | 14 mph/ S | 91.2 | 1177 Lake Rd, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 7:29 PM (CDT) | -65 | Parked (0D:0H:16M) | 91.3 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 7:45 PM (CDT) | -65 | 6 mph/ E | 91.3 | 1400 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 7:50 PM (CDT) | -77 | 24 mph/ E | 93.5 | 1588 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 7:53 PM (CDT) | -73 | Parked (0D:0H:1M) | 93.6 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 7:54 PM (CDT) | -73 | 6 mph/ SW | 93.6 | 1470 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 7:59 PM (CDT) | -61 | 7 mph/ S | 95.9 | 201 Division St, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 8:04 PM (CDT) | -73 | 18 mph/ W | 97.2 | 1544 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 8:07 PM (CDT) | -75 | Parked (0D:0H:1M) | 97.3 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 8:08 PM (CDT) | -75 | 7 mph/ W | 97.3 | 1668 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 8:13 PM (CDT) | -61 | 12 mph/ SE | 98.1 | 400 Bartlett Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 8:15 PM (CDT) | -69 | Parked (0D:0H:20M) | 98.3 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 8:35 PM (CDT) | -67 | 7 mph/ SE | 98.3 | Cr-kb, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 8:38 PM (CDT) | -65 | Parked (0D:0H:1M) | 98.4 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 8:39 PM (CDT) | -61 | 6 mph/ NE | 98.4 | Cr-kb, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | | -81 | 7 mph/ W | 100.4 | | |

UP000516

Trimble Report

| | 8:44 PM (CDT) | | | | 1084 Bartlett Ave, Altoona, WI 54720, US | Eau Claire |
|---|---|---|---|---|---|---|
| 8/12/17 | 8:49 PM (CDT) | -77 | Parked (0D:0H:1M) | 100.7 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 8:50 PM (CDT) | -77 | 7 mph/ N | 100.7 | 259 Division St, Altoona, WI 54720, US | Eau Claire |
| 8/12/17 | 8:53 PM (CDT) | -67 | Parked (0D:3H:6M) *(estimated)* iLM powered off (low voltage) | 100.9 | **Landmark: ALTOONA, WI [EC318]** 1482 Spooner Ave, Altoona, WI 54720, US | Eau Claire |

*(Estimated) - Stop duration is estimated if the mobile device continues to be stopped beyond the report generation period or the end of stop is missing. Estimation is done with respect to the time at which the report is generated.*

**\*** *Precision of data may vary slightly due to GPS offset*

UP000517

# EXHIBIT B

Professional Transportation, Inc.
#98213 Chas Lux
7/13/17 - 8/13/17
Shift List

| Branch # | Branch | Shift Date | Paycode | Emp. # | Employee | Vehicle ID | Customer | Yard Name | Start Time | End Time | Miles Driven | Trips |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 419 | Altoona, WI | 8/4/2017 | DYV | 98213 | LUX, CHAS | 419-F01596 | UP | EC318, Altoona, WI | 08/04/2017 07:00 | 08/04/2017 15:00 | 37 | 8 |
| 419 | Altoona, WI | 8/5/2017 | DYV | 98213 | LUX, CHAS | 419-F01596 | UP | EC318, Altoona, WI | 08/05/2017 07:00 | 08/05/2017 15:00 | 38 | 11 |
| 419 | Altoona, WI | 8/6/2017 | DYV | 98213 | LUX, CHAS | 419-C15381 | UP | EC318, Altoona, WI | 08/06/2017 07:00 | 08/06/2017 15:00 | 42 | 12 |
| 419 | Altoona, WI | 8/11/2017 | DYV | 98213 | LUX, CHAS | 419-C15381 | UP | EC318, Altoona, WI | 08/11/2017 06:00 | 08/11/2017 18:00 | 127 | 9 |
| 419 | Altoona, WI | 8/12/2017 | DYV | 98213 | LUX, CHAS | 419-C15381 | UP | EC318, Altoona, WI | 08/12/2017 08:01 | 08/12/2017 21:20 | 51 | 5 |

PTI 0375

| Shift Hrs | Start Odom | End Odom | Passengers |
|---|---|---|---|
| 8 | 314485 | 314522 | 12 |
| 8 | 314786 | 314824 | 16 |
| 8 | 165144 | 165186 | 17 |
| 12 | 165821 | 165948 | 15 |
| 13.25 | 166072 | 166123 | 9 |

PTI 0376