## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
--------------------------------------------------
JESSICA TISCHER, individually and
as Personal Representative For the
Spouse and Children of Jacob Tischer,
Decedent,
      Plaintiff,         DEPOSITION
                           Case No.
   vs.                 3:19-cv-00166-jdp
UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

      Defendant.
--------------------------------------------------
UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,
      Defendant/Third-Party Plaintiff,
   vs.
PROFESSIONAL TRANSPORTATION, INC.,
      Third-Party Defendant.
--------------------------------------------------

   The deposition of HAROLD LOWE, taken under and
pursuant to the provisions of Chapter 804 of the
Wisconsin Statutes and the acts amendatory thereof
and supplementary thereto, before Stephanie J. Peil,
Notary Public in and for the State of Wisconsin, at
Q & A Court Reporters, Inc., 303 Main Street, Eau
Claire, Wisconsin, on the 2nd day of December, 2019,
commencing at approximately 2:00 p.m.

      ORIGINAL TRANSCRIPT FILED AT THE

## Page 2

1        APPEARANCES:
2   Paul Banker, Esq., of Hunegs, LeNeave & Kvas,
3  1000 Twelve Oaks Center Drive, Suite 101, Wayzata,
4  Minnesota, 55391, appeared representing the
5  Plaintiff.
6   Thomas A.P. Hayden, Esq., of Union Pacific
7  Railroad Corporation, 101 North Wacker Drive, Room
8  1920, Chicago, Illinois, 60606, appeared
9  representing the Defendant and Third-Party
10  Plaintiff, Union Pacific Railroad Corporation.
11   Michael B. Cohen, Esq., of Quintairos, Prieto,
12  Wood & Boyer, P.A., 233 South Wacker Drive, 70th
13  Floor, Chicago, Illinois, 60606, appeared
14  representing the Third-Party Defendant, Professional
15  Transportation, Inc.
16   Also present:  Jamie Lukehart Hobbs and Mark
17  Marvin.

## Page 3

       EXAMINATION INDEX
HAROLD LOWE:
By Mr. Banker             4
By Mr. Cohen              54
By Mr. Hayden            57

       EXHIBITS
Marked for
Identification            Page

33 - Altoona Yard Schematic    44
34 - Lowe Training History     46
35 - Lowe Recorded Interview   47

ORIGINAL EXHIBITS WITH ORIGINAL TRANSCRIPT
COPIES SUPPLIED TO THE ATTORNEYS

## Page 4

      P R O C E E D I N G S
       HAROLD LOWE,
being first duly sworn, testified as follows:
       EXAMINATION
BY MR. BANKER:
Q.  Could you please state your name for the
    record.
A.  Harold Lowe, L-O-W-E.
Q.  Mr. Lowe, my name is Paul Banker, and I
    represent the Mr. -- the Tischers in the claim
    that they've made on behalf of Jacob Tischer
    against UP Railroad.  Have you ever had your
    deposition taken before?
A.  I had this statement taken.
Q.  Okay.  But how about a deposition with a court
    reporter --
A.  No.
Q.  -- taking down -- let me just go over some of
    the ground rules for today just so the process
    is clear.  The court reporter is taking down
    everything we say, and so it's important when
    we're talking and you're answering questions to
    answer audibly as opposed to nodding your head
    or saying huh-uh or um-hum because that won't
    turn up in the transcript very well.  Also,

Page 5

1  it's important that we not talk over each other
2  so that we have a clear record, so I'll try to
3  ask a question and then pause and let you have
4  a chance to respond. Also, if I ask a question
5  today and you don't understand it, just let me
6  know, and I'll do what I can to clarify it.
7  Does that sound acceptable?
8  A. Yep.
9  Q. Okay. What, if anything, did you do to prepare
10     for your deposition today?
11 A. Nothing.
12 Q. And by that I mean other than your attorney,
13    did you speak with anyone to get ready for your
14    deposition?
15 A. No.
16    MR. HAYDEN: Objection about his attorney,
17    but attorney for the railroad.
18 BY MR. BANKER:
19 Q. Did you have any -- are there any documents
20    that you reviewed?
21 A. Just this here just now (indicating).
22 Q. And you're pointing to --
23 A. My statement.
24 Q. -- a statement? And what is that -- what is
25    your understanding of what -- about what that

Page 6

1  statement is?
2  A. This statement was taken right after the
3  incident happened, and that was, yeah, the
4  statement that I gave.
5  Q. Okay. Let me just shift gears for a moment and
6  get a little bit of background information
7  about you. What is your current address?
8  A. 612 Deyo, D-E-Y-O, Avenue, Eau Claire,
9  Wisconsin.
10 Q. And do you rent or own there?
11 A. Own.
12 Q. And do you live there with anyone?
13 A. Yeah, my wife and kids.
14 Q. Are your kids all under the age of 18?
15 A. Yep.
16 Q. How many do you have?
17 A. Two.
18 Q. Are you a high school graduate?
19 A. Yep.
20 Q. What year did you graduate?
21 A. Like '97.
22 Q. And where did you go to school?
23 A. Memorial.
24 Q. Is that here in Eau Claire?
25 A. Yep.

Page 7

1  Q. Did you attend -- do you have any post-high
2  school education?
3  A. Yes, so Chippewa Valley Technical College, so
4  technical college.
5  Q. Did you graduate from there with a degree?
6  A. No.
7  Q. How long did you attend there?
8  A. A semester and then -- well, I guess I went
9  back, so maybe two semesters.
10 Q. Do you have any other post-college formal
11    education?
12 A. No.
13 Q. Do you hold any professional licenses or
14    certifications?
15 A. CNA certificate.
16 Q. What is a CNA?
17 A. Certified nursing assistant.
18 Q. How long have you had that?
19 A. I haven't used it in a long time. It's not
20    really valid, so...
21 Q. When did you first get it?
22 A. Oh, I have no idea. Long time ago.
23 Q. Are you currently employed?
24 A. Yep.
25 Q. Who are you employed by?

Page 8

1  A. Union Pacific.
2  Q. How long have you worked for Union Pacific?
3  A. Five years.
4  Q. What is -- what is your current job with Union
5  Pacific?
6  A. Conductor.
7  Q. And how long have you been doing that job?
8  A. Off and on five years.
9  Q. Is there a particular geographic location that
10    you work out of?
11 A. Mostly Eau Claire, Altoona.
12 Q. And have you been a conductor ever since you
13    hired on with UP?
14 A. Yes.
15 Q. What kind of work do you do as a conductor?
16    And by that I mean do you hold a particular
17    job, or are you working an extra board, or what
18    do you do?
19 A. Currently I'm a switchman on the night shift in
20    the yard.
21 Q. And when you say "yard," is that the Altoona
22    yard?
23 A. Yes.
24 Q. Did you know Jacob Tischer?
25 A. Not really.

Page 9

1  Q. When you say "not really," what do you -- what
2     do you mean?
3  A. I had seen him a few times, like, in passing.
4  Q. At work?
5  A. Um-hum.
6  Q. At the Altoona train yard?
7  A. Yes.
8  Q. Did you ever have an opportunity to work
9     together?
10 A. No.
11 Q. How about did you attend any training together?
12 A. No.
13 Q. I want to direct your attention to August 12th,
14    19 -- or 2017. Were you working that day in
15    the Altoona yard?
16 A. Yes.
17 Q. What were you doing that day?
18 A. Footboard on Job 10.
19 Q. What does -- and maybe if you could explain to
20    me what does a -- what does footboard mean?
21 A. Well, I make the switch lists for the tracks,
22    and we divide and split up all the cars and
23    build other trains.
24 Q. So you're kind of -- working that job, you are
25    developing the plan for the switching that day?

Page 10

1  A. Um-hum.
2  Q. And what time did you start your shift that
3     day?
4  A. 2:30.
5  Q. Was that the regular job that you were working
6     at that time?
7  A. I don't think I was usually footboard then. I
8     was new to footboard. I don't think I was the
9     regular footboard. I'd have to look. Maybe --
10    yeah, I don't think I was the regular
11    footboard, no.
12 Q. Did you see -- and I want to -- I want to kind
13    of take this in chronological fashion, so let's
14    talk about -- right now let's focus on before 7
15    o'clock in the evening. Between 2:30 in the
16    afternoon when you started work and 7 o'clock
17    in the evening, did you see Mr. Tischer?
18 A. So when I punched in, like, no. Nope, I don't
19    recall seeing him until he came in on that
20    train.
21 Q. When you say "he came in on that train," what
22    are you describing there?
23 A. I'm describing that they brought a train into
24    the yard.
25 Q. Who is the "they" you're referring to?

Page 11

1  A. Neil Franchuk and Jake Tischer.
2  Q. And did you understand them to be working
3     together that day?
4  A. Yes.
5  Q. And they brought a train into -- back into the
6     Altoona yard?
7  A. Um-hum. Yes.
8  Q. How did you know that they had brought a train
9     into the Altoona yard that evening?
10 A. Because I was footboard over the yard, so I
11    knew that they were bringing it in.
12 Q. Did someone tell you that? Did you see it?
13    How did you -- did you have that information?
14 A. They must have -- they must have called to come
15    in, like radioed to come into the yard.
16 Q. Were you listening to the radio as part of
17    doing the footboard job?
18 A. Yep.
19 Q. What time of day was it that they brought the
20    train into the Altoona yard?
21 A. I don't really remember for sure. I think it
22    was getting on to darker.
23 Q. And we started -- we shifted from kind of
24    talking about 2:30 to 7 because you were
25    referencing when you first saw Mr. Tischer.

Page 12

1     Between 2:30 and 7 I take it you were doing
2     your footboard job?
3  A. Yep, switching. Yep.
4  Q. So let's pick up the chronology then at the
5     point where Mr. Tischer and Mr. Franchuk are
6     bringing the train back into the Altoona yard.
7     What happened next?
8  A. Well, they -- let's see. Well, I was in the
9     shanty doing my, like, paperwork, and we must
10    have -- must have, like, stopped to get out of
11    their way or maybe I was just doing switch list
12    or something in there. But I was in the shanty
13    when they brought it in. And, yeah, so they --
14    the train came in and parked there, and then,
15    yeah, I was doing paperwork.
16 Q. Okay. So the train comes in and parks. You're
17    doing paperwork. What's the next thing that
18    you recall?
19 A. I recall, like, John Thomas, Neil Franchuk, and
20    Mark Marvin and Jacob Tischer standing out the
21    front door having a conversation.
22 Q. Who is John Thomas?
23 A. John Thomas was my switchman that day.
24 Q. So he was working together with you on a crew?
25 A. Yep.

Page 13

1  Q. Was there anyone else working with you on that
2     crew?
3  A. No.
4  Q. And you said Mark Marvin?
5  A. Yep.
6  Q. Who is Mark Marvin?
7  A. (Indicating.)
8  Q. Sure. Who is he?
9  A. The manager.
10 Q. Do you know what his title is?
11 A. MYO.
12 Q. And do you know what that stands for?
13 A. Manager of yard operations.
14 Q. And so you were describing Mr. Thomas,
15    Mr. Franchuk, Mr. Marvin, and Mr. Tischer
16    standing and having a conversation. Where were
17    they having that conversation?
18 A. Out in front of the shanty.
19 Q. And the shanty is in the Altoona yard?
20 A. Yes.
21 Q. How were you able to see them having a
22    conversation in front of the shanty?
23 A. The door was open.
24 Q. Were you able to hear any of their
25    conversation?

Page 14

1  A. No.
2  Q. Was there anyone else in the vicinity of the
3     shanty as they were having that conversation?
4  A. Nope.
5  Q. Do you know how long it was that they talked in
6     front of the shanty?
7  A. I could guess at maybe 15 minutes, if that
8     long.
9  Q. Do you have any sense of what it was that they
10    were talking about?
11 A. I believe -- I think that they were talking
12    about doing another pull from Norma.
13 Q. Why do you believe that?
14 A. It seems like that's what was going on.
15 Q. And is that because you overheard pieces of the
16    conversation? Or I'm just trying to understand
17    how you developed that impression.
18       MR. HAYDEN: Objection. He testified he
19    didn't hear anything.
20 A. Yeah. I don't know. That's what I -- I think
21    that's what was going on. I'm not really sure.
22 BY MR. BANKER:
23 Q. What happened next?
24 A. Well, I saw the brake stick fall, and that's
25    what kind of caught my attention. Jake dropped

Page 15

1     his brake stick, and then I started paying a
2     little bit of attention, and then the next
3     thing, yeah, Neil was talking about -- or, you
4     know, once I started paying attention, then
5     they -- at some point, like, Jake came into the
6     thing and sat down, and then it -- like, they
7     were saying that he wasn't feeling good or
8     didn't -- you know, and so -- yeah. I offered
9     him water, and he sat down on the bench, and
10    then they were talk -- trying to discuss, like,
11    about, I guess, if he was, you know, fit to go
12    out or -- Neil didn't really -- yeah, I don't
13    believe that Neil wanted, you know, to do any
14    more work with, you know...
15 Q. Let me just go back and ask a couple follow-up
16    questions. So you said you saw Jake Tischer's
17    brake stick fall?
18 A. Um-hum.
19 Q. Where was Jake Tischer when his brake stick
20    fell?
21 A. Standing out in front of the shanty.
22 Q. Where were you when you watched that brake
23    stick fall?
24 A. Sitting inside the shanty at the desk.
25 Q. Had you left the shanty at any point up to --

Page 16

1     from when you heard the train -- Mr. Franchuk
2     and Mr. Tischer's train come back into the
3     Norma yard until the brake stick fell?
4  A. Into the Altoona yard?
5  Q. Yeah.
6  A. Did I go outside the shanty? I don't really
7     recall if I had been in or out of the shanty.
8     I just really remember when they were -- when
9     they were talking and I was sitting on the
10    computer, I guess. That was, you know, when
11    the contact as I remember, I mean, as far as
12    that goes.
13 Q. Okay. You said when the brake stick fell
14    that's when you started paying attention?
15 A. Yeah.
16 Q. What was it about the brake stick falling that
17    drew your attention?
18 A. Like, because it fell over, so that caught my
19    attention. It's like why -- like, what was
20    going on there.
21 Q. Did the brake stick make a loud sound when it
22    fell, or how did it -- how did it grab your
23    attention?
24 A. Yeah, it must have. Must have made a bang when
25    it -- or some kind of noise when it, you

Page 17

1  know...
2  Q. And you're watching this through the door of
3     the shanty?
4  A. Um-hum.
5  Q. So then Mr. Tischer came into the shanty and
6     sat down?
7  A. Yeah, yep.
8  Q. Was there -- who else was in the shanty other
9     than Mr. Tischer and you at that point?
10 A. I think John Thomas and potentially, like,
11    Neil. People were kind of starting to move
12    about then, you know, so people were moving in
13    and out of there.
14 Q. Had Mr. Marvin been into the shanty at any
15    point up to this point in the story?
16 A. Not that I recall.
17 Q. How big is the shanty, roughly?
18 A. 8-by-12.
19 Q. Okay. So not very big?
20 A. No.
21 Q. Are there chairs in the shanty?
22 A. Yeah.
23 Q. How many chairs are there?
24 A. There is a chair and a bench, so seating for,
25    like, three or four people.

Page 18

1  Q. Is there air conditioning -- is there
2     electricity in the shanty?
3  A. Yes.
4  Q. How about air conditioning and heating?
5  A. Yes.
6  Q. So when Mr. Tischer comes into the shanty and
7     he sits down, where does he sit down?
8  A. He sat down on the bench.
9  Q. Where were you when he sits down on the bench?
10 A. Front of the desk in a chair, so he's
11    (indicating), over that way.
12 Q. Was that the closest that you had been to Mr.
13    Tischer at that point?
14 A. Yes.
15 Q. Had you talked to him before he sat down on the
16    bench in the shanty?
17 A. I don't think so.
18 Q. How did you -- you had mentioned previously
19    that you had an understanding that Mr. Tischer
20    wasn't feeling good. How did you develop that
21    impression?
22 A. I think when the people were moving back and
23    forth in and out of there, it was -- you know,
24    I don't know if it was Neil or John Thomas or
25    one of the guys, you know. Neil was -- was

Page 19

1  making comments, you know, about -- about that,
2  about Jake and his condition or whatever that
3  he didn't, like, want -- you know, didn't think
4  he was acting himself or whatever.
5  Q. So I want to make sure I understand all of the
6     things that you directly heard. When the
7     conversation is first happening between
8     Mr. Thomas, Mr. Franchuk, Mr. Marvin, and Mr.
9     Tischer outside the shanty, my understanding is
10    you weren't able to hear that part of the
11    conversation.
12 A. Correct.
13 Q. So at what point did you start to hear
14    snippets -- did you hear any snippets of
15    conversation before the brake stick fell?
16 A. Not that I recall.
17 Q. Okay. And then after the brake stick fell,
18    what -- do you remember any particular
19    statements that anybody made?
20       MR. HAYDEN: Hearsay.
21       THE WITNESS: So what does that mean?
22       MR. BANKER: He's just making an objection
23    for the record, so you can --
24       THE WITNESS: Oh, okay.
25       MR. BANKER: -- go ahead and answer.

Page 20

1        THE WITNESS: What was the question again?
2  BY MR. BANKER:
3  Q. Yes. So if we pick up at the point that Mr.
4     Tischer comes into the shanty --
5  A. Yep.
6  Q. -- do you recall any specific comments that
7     anyone made from that point on?
8        MR. HAYDEN: Same objection.
9  A. I mean, nothing -- I don't remember anything,
10    like, exactly specific, you know, but I
11    remember that Neil was saying that Jake wasn't
12    acting himself and that he didn't want to take
13    another run with him or, you know...
14 BY MR. BANKER:
15 Q. So from the point that Mr. Tischer comes in and
16    sits down on the bench in the shanty, did
17    Mr. Thomas say anything?
18       MR. HAYDEN: Hearsay.
19 A. I mean, there was talk going on, but I don't
20    really recall specifically what John Thomas
21    said or -- or what Neil said or, you know, I
22    don't remember exactly what they were saying.
23 BY MR. BANKER:
24 Q. Sure. So you've kind of described having the
25    impression that Mr. Tischer wasn't feeling

5 (Pages 17 to 20)

Q & A COURT REPORTERS, INC.
(715) 834-9812

Page 21

1  good.
2  A. Right.
3  Q. And that's about -- are you able to add any
4     specific details to that impression?
5  A. I mean, if I remember, he was like -- he seemed
6     to be sweating a lot, and so I offered him
7     water.
8  Q. When you say you offered him water, you mean
9     Mr. Tischer?
10 A. Yes.
11 Q. And did he accept the water?
12 A. He did.
13 Q. What happened next?
14 A. He was having trouble opening it, so I took the
15    cap off for him.
16 Q. Do you remember which hand he was trying to
17    open the bottle with?
18 A. Not specifically.
19 Q. Okay. After you opened the bottle of water,
20    did you give it back to him?
21 A. Yeah.
22 Q. And was he able to drink it?
23 A. Yes, he did.
24 Q. Up to this point -- so Mr. Tischer has come in
25    and sat down on the bench. Have you -- up to

Page 22

1     the point that you handed him the bottle of
2     water back, is there any other conversation
3     that you recall between you and Mr. Tischer?
4  A. I mean, we didn't really -- yeah. No, we
5     really didn't have any -- I mean, if it -- if
6     we did talk, you know, it was -- I don't know.
7     I don't really remember anything. Like, there
8     was nothing major that was said or anything,
9     you know. He just sat down there, and I
10    offered him the water, and he drank it, and
11    other the guys were buzzing around and...
12 Q. And when you say "other guys were buzzing
13    around," are we still talking the same cast of
14    characters: Mr. Thomas, Mr. Franchuk, Mr.
15    Marvin, and Mr. Tischer?
16 A. Yeah. Neil Franchuk and John Thomas and, yeah,
17    Marvin was there moving around too, but Jake at
18    that point was not moving around. He was
19    sitting there.
20 Q. Was there -- was there anybody else, whoever
21    came to the shanty, during the time frame that
22    we're talking about, after the -- after the
23    train comes back to the Altoona yard with
24    Mr. Franchuk and Mr. Tischer's train?
25 A. Sooner or -- I mean, eventually I believe

Page 23

1     the -- the PTI driver pulled up in a van.
2  Q. Do you know who that was?
3  A. I don't.
4  Q. Did the -- the PTI driver, did you ever see him
5     get out of his van?
6  A. Not that I recall.
7  Q. Okay. So I want to pick up from where you've
8     given the bottle of water to Mr. Tischer in the
9     shanty. What's the next thing that you recall
10    happening?
11 A. Well, what was it? The -- you know, then it
12    was decided upon there that there wasn't going
13    to be a second run taken, and -- and, yeah,
14    they weren't going to -- that was it, you know.
15    And then -- I guess then the whole thing
16    shifted to -- you know, to Jake and, you know,
17    the -- you know, and his -- you know, what was
18    going on with him.
19 Q. When you say it was decided that there was not
20    going to be a second run taken, how is it that
21    you know that?
22 A. I know that because I think Neil pretty much --
23    like, Neil wouldn't -- he -- he wasn't going to
24    go, so I think he pretty much flat out, like,
25    refused to go.

Page 24

1  Q. Did you know Mr. Franchuk before this incident
2     with Mr. Tischer?
3  A. I mean, just in passing.
4  Q. Had you ever worked with him, with
5     Mr. Franchuk?
6  A. Probably, but I can't, like, recall if we, you
7     know, did or I don't remember if we have or
8     not.
9  Q. So when you say -- going back to this issue of
10    whether there's going to be a second run, when
11    you say it was decided that there wasn't going
12    to be a second run, is that based on what
13    Mr. Franchuk was expressing?
14 A. Yeah, between -- you know, that was the -- you
15    know, that was between him and Marvin and
16    the -- and I guess, you know, the -- that
17    was -- you know, that was -- I -- that was
18    decided between them guys.
19 Q. And when you say "that was it," what do you
20    mean by that was it?
21 A. The decision was made.
22 Q. Yeah.
23 A. That was it, the decision was made.
24 Q. Is that what you mean by it?
25 A. Yeah.

Q & A COURT REPORTERS, INC.
(715) 834-9812

Page 25

1 Q. So that there's not going to be a second run
2     taken, that's the end of that decision?
3 A. Yep.
4 Q. And then you said there was a shift then to
5     Jake and what was going on. Did you think
6     something was going on with Jake at that point?
7 A. I guess, like, yeah, after, like, you know,
8     seeing the brake stick fall over and -- and him
9     not being able to get the cap off the -- you
10    know, the water, like, yeah, it seemed like
11    that he was, you know, off.
12 Q. Did Mr. Tischer ever talk to you about how he
13    was feeling after he got back to the Altoona
14    yard?
15 A. No, I don't remember him saying anything
16    about -- you know, I don't remember him saying,
17    like, anything or, you know, he didn't -- he
18    didn't, like, ask for help or he didn't say
19    anything to that end.
20 Q. Did you ever ask Mr. Tischer any questions
21    yourself about how he was feeling?
22 A. I probably asked him if he was okay, or I'm
23    sure, you know, I was concerned when I gave him
24    the water, you know.
25 Q. Sure. Did you ever observe anyone else ask Mr.

Page 26

1     Tischer any questions while he was sitting on
2     the bench in the shanty?
3 A. I would say I don't recall any exact questions,
4     but, like, Neil Franchuk and John Thomas and,
5     you know -- you know, people were trying to,
6     like, figure out -- you know, they were trying
7     to, like, figure out what was going on and the
8     sever -- you know, and the severity of what --
9     you know, was he -- you know, was he just sick,
10    was he -- you know, people were trying to kind
11    of start to, like, you know, wonder, like, you
12    know, how bad it was or, like, what was going
13    on with him.
14 Q. Sure. And what I'm trying to understand is are
15    they trying to figure that out by asking
16    questions of Mr. Tischer, or are they trying to
17    puzzle that out among themselves?
18 A. I guess they were talking, you know, or asking
19    him about it, but, yeah, they must -- you know,
20    yeah, they must have been asking him questions.
21 Q. Was he able to respond to their questions in
22    your mind?
23 A. He was still talking, but whether -- you know,
24    as far as -- I don't know that -- I don't know
25    that he, you know, was -- was able -- I don't

Page 27

1     know that he was able to make that -- you know,
2     I don't know his -- what state he was in.
3     Like, I don't know if he could make that call,
4     like, you know.
5 Q. During the time that Mr. Tischer was sitting on
6     the bench in the shanty, had anyone offered a
7     theory about what was going on with Mr.
8     Tischer?
9 A. People were, you know, like trying to see if he
10    was just sick or if he was, you know -- or, you
11    know, they were trying to figure out, like,
12    the -- you know, the severity of where -- of
13    what was going on. So, I mean, you know, was
14    he just sick and he had to go home, or was he,
15    like, not feeling good or what, you know.
16 Q. So if sick is one possibility and not feeling
17    good is another possibility --
18 A. Right.
19 Q. -- was there a third possibility that was
20    offered?
21 A. I don't specifically remember anyone saying
22    anything exactly, you know. At some point I
23    think maybe it was people started wondering if
24    he wasn't, like, having some kind of diabetic
25    issue or something. I think I remember

Page 28

1     something coming up to that end.
2 Q. Do you recall who it was that suggested it
3     might be a diabetic issue?
4 A. I don't.
5 Q. Other than what you've already spoken about,
6     was there any other possibility that was put
7     out there?
8 A. Nothing that I can recall specifically.
9 Q. So how long is Mr. Tischer sitting in the
10    shanty on the bench?
11 A. I would guess at, like, 15 minutes. Just
12    guessing.
13 Q. What happens next?
14 A. It was decided that -- that he would be going
15    back to the depot and -- and -- yeah.
16 Q. How do you know that it was decided that he
17    would go back to the depot?
18 A. Because I think somebody must have called for
19    PTI at that point, you know, to take him back.
20 Q. I take it it wasn't you?
21 A. Nope.
22 Q. Did you hear that call getting made?
23 A. I don't remember.
24 Q. Did you understand why Mr. Tischer was going
25    back to the depot?

## Page 29

1  A. Yeah.
2  Q. Why was that?
3  A. Because he was unable to -- like, to -- he
4     was -- they weren't taking a second run, and he
5     was sick or not feeling, you know, well.
6  Q. Had anyone expressed what it was that he was
7     going to do when he got back to the depot?
8  A. I think Neil Franchuk started talking about
9     calling people or calling his family members
10    because then they were thinking, you know, if
11    he could or couldn't drive himself or something
12    to that end, you know, so I think they started
13    talking about calling people.
14 Q. So at the point that Mr. Tischer is leaving the
15    shanty to go back to the depot, do you have an
16    understanding of whether he's going home or not
17    at that point?
18 A. He was going somewhere. He wasn't staying at
19    work, so I was kind of under the assumption, I
20    guess, that he was probably going home or
21    someone was going to be coming for him from
22    home.
23 Q. And is that an impression you developed from
24    kind of the conversation buzzing around you?
25 A. Yeah.

## Page 30

1  Q. Do you recall any of the specifics of that
2     conversation?
3  A. I think I remember -- I remember, you know,
4     Neil was the one, and he had contacts, so he
5     was, I think, trying to get ahold of somebody.
6  Q. You had mentioned that Mr. Franchuk had
7     expressed that day that someone needed to call
8     Mr. Tischer's family. Did you know of any of
9     Mr. Tischer's family?
10 A. No.
11 Q. Do you know whether Mr. Franchuk made any of
12    those calls to Mr. Tischer's family?
13 A. I don't know that he did or didn't for sure
14    there at the time. I don't remember.
15 Q. Do you know whether anyone else who was at the
16    shanty did?
17 A. Well, I know me and John Thomas don't have
18    out -- like, we didn't have phones, so I don't
19    recall, I guess. I don't remember -- I don't
20    remember anyone, like, talking on a phone
21    there.
22 Q. Okay. How was it that -- so Mr. Tischer leaves
23    the shanty area at some point?
24 A. Um-hum.
25 Q. How does he leave the shanty area?

## Page 31

1  A. In the PTI van.
2  Q. How does he get from the bench in the shanty to
3     the PTI van?
4  A. I think -- I think maybe Neil and John Thomas
5     might have helped him along. He was still --
6     he was still mobile and moving on his own
7     power, though, too.
8  Q. So they get him into the PTI van?
9  A. Yep.
10 Q. Did you help with that process at all?
11 A. No.
12 Q. What happens next?
13 A. Me and John Thomas went back to work switching,
14    as I recall. I believe -- I think John Thomas
15    went and made sure that the train was secure
16    because Neil was wondering if -- if Jake tied
17    it down or not, you know. So I think -- yeah,
18    I remember John Thomas went and checked their
19    train over, and then they were -- they were
20    gone.
21 Q. When you say "they were gone," who is -- who is
22    the "they"?
23 A. I think -- I don't -- I think Neil and -- Neil
24    and Jake Tischer then. I know Jake was gone
25    for sure in the van, and then I just remember,

## Page 32

1     like, we just went back -- you know, we went
2     back to work.
3  Q. So the last time you saw Mr. Tischer is as he's
4     getting into the PTI van to leave?
5  A. That's correct.
6  Q. And did anyone else get into the PTI vehicle
7     with Mr. Tischer?
8  A. Not that I recall.
9  Q. Did you see Mr. Tischer at any point after
10    that, after he left the shanty area?
11 A. No.
12 Q. Do you know where -- so you and Mr. Thomas went
13    back to work. Do you know where Mr. Franchuk
14    went next?
15 A. I guess I'm not a hundred percent sure where he
16    went.
17 Q. Do you know where Mr. Marvin was at that point?
18 A. He drove away in the manager vehicle.
19 Q. Do you know where he was going?
20 A. I do not.
21 Q. Did you have any more involvement with this
22    Tischer incident that day?
23 A. I guess by looking back at my statement the
24    only thing is somewhere later I called to
25    inquire about what -- you know, a follow-up.

Page 33

1  Q. Was that a call you made over the radio?
2  A. Yes.
3  Q. And who were you -- who were you calling for
4     over the radio?
5  A. Mark Marvin.
6  Q. And what -- what did you want to know?
7  A. I was just checking on -- you know, checking in
8     on the situation.
9  Q. And did you get a response back?
10 A. I think that's the time when -- I think that's
11    the first -- I think that's when I heard that
12    he was sent -- or something about a stroke.
13 Q. Do you know when that conversation between you
14    and Marvin over the radio took place?
15 A. No.
16 Q. Did you -- well, let me -- let me back up a
17    step. Was there -- had there -- up to this
18    point, had there been any discussion about
19    calling 911 or emergency services?
20 A. I don't know. There might have been some talk
21    about it, but I don't really -- I don't really
22    remember that being -- you know, no one was
23    really pushing for it yet at that point, you
24    know, because we were like -- like, it was --
25    no one really knew how bad he was. Like I

Page 34

1     said, if it was just sick or if it was -- you
2     know, you don't want to call 911 if someone is
3     just sick, so there -- you know, I don't really
4     remember anyone saying that, like, or asking
5     about it, really. I mean, it wasn't a big
6     thing that stuck out, no.
7  Q. Was there anything more that was said between
8     you and Mr. Marvin over the radio other than
9     you calling to check and him saying that maybe
10    he was having a stroke?
11 A. I don't believe so.
12 Q. Did you have any further involvement after that
13    radio call?
14 A. No. He was -- he was gone by the time that we
15    got in from our shift, so...
16 Q. So you worked the rest of your shift that
17    night?
18 A. Yep.
19 Q. Did you ever go from the shanty area over to
20    the depot before your shift ended?
21 A. Not that I recall. He was -- I never saw him
22    again after that point.
23 Q. Did you ever see or hear any ambulance or first
24    response vehicles?
25 A. No, I did not.

Page 35

1  Q. Were you aware that they had been called?
2  A. I don't believe so. Not from out in the yard,
3     like, I didn't hear anything or no one said
4     anything over the radio to that effect, so we
5     didn't know. I didn't know that.
6  Q. Did you learn about that at some point later?
7  A. I think so. I mean, you know, the hearsay
8     around the depot or, you know, people talking,
9     like, you know. Then I heard tidbits or, you
10    know, heard -- I heard things, but I don't
11    really know who saw what or what really -- you
12    know, I don't really know what really happened
13    after that.
14 Q. Okay. I want to shift gears a little bit and
15    ask some follow-up questions. From the point
16    that Mr. Franchuk and Tischer's train came back
17    in the Altoona yard until the point that Mr.
18    Tischer got into the PTI vehicle -- so that's
19    the time frame I want to focus on.
20 A. Yep, yep.
21 Q. -- did you make any notes during that time
22    frame?
23 A. No.
24 Q. Did you take any pictures during that time
25    frame?

Page 36

1  A. No. I didn't have anything to do anything like
2     that with, really.
3  Q. Have we talked about all the people who were in
4     the vicinity of the shanty during that time
5     frame?
6  A. Yeah. There was four of us there. That was it
7     until the PTI person pulled up.
8  Q. Was there anyone else working in the yard that
9     evening?
10 A. Not that I'm aware of.
11 Q. Did you ever learn anything more about how Mr.
12    Tischer had been acting that day while he was
13    working?
14 A. I think -- you know, I believe --
15       MR. HAYDEN: Objection. Hearsay. Go
16    ahead.
17 A. I believe, you know, Neil said that he thought
18    he was acting off or not himself, you know. I
19    think that -- I don't know at what point or
20    whatever, but Neil was -- said that, you know,
21    he didn't think that he was right or whatever.
22 BY MR. BANKER:
23 Q. Sure. And I appreciate that idea. Was it --
24    did he ever communicate any more specifics to
25    you about how he was off or examples of how he

Page 37

1   was off or not right?
2       MR. HAYDEN: Same objection.
3   A.  Not that I recall.
4   BY MR. BANKER:
5   Q.  Okay. Did Mr. Tischer ever communicate any of
6       those specifics to you?
7   A.  No.
8   Q.  During the time frame that Mr. Tischer was in
9       the vicinity of the shanty with you, did -- and
10      you've described some of the ways that he was
11      behaving. Did you observe anything else that
12      stuck out in your mind as strange or unusual?
13  A.  The dropping of the brake stick, the not being
14      able to open the water.
15  Q.  How about how he was speaking?
16  A.  It seemed all right. I mean, I think he was --
17      I think he was sweating pretty profusely or
18      seemed to be sweating a lot.
19  Q.  Was it a hot day so that it would be normal to
20      sweat that much, or was it unusual?
21  A.  It seemed like more. He was sweating more than
22      me and more than some of the other guys. And I
23      guess that was kind of maybe why I offered him
24      the water because I -- you know, heat
25      exhaustion, you know.

Page 38

1   Q.  Sure. How about did you see him having any
2       trouble walking?
3   A.  I don't know. I'm not a hundred percent sure.
4       Did he stumble when he came into the shanty?
5       Did I say that in here? It's been a long time.
6       I'm not really sure exactly. He was mobile,
7       but he might have stumbled here or there. I
8       can't say a hundred percent for sure. The
9       time -- a lot of time has passed here.
10  Q.  Did you notice at any point whether his face
11      was drooping at all?
12  A.  I never seen that. I didn't notice that.
13  Q.  Do you know how long it was after Mr. Franchuk
14      arrived at the shanty until Mr. Marvin arrived
15      at the shanty?
16  A.  I don't know. I could only guess. I don't --
17      I have no idea.
18  Q.  Okay. And I guess by that I'm asking do you
19      have a recollection that they arrived together
20      or separately?
21  A.  He was out there shortly thereafter, I believe.
22      It was relatively quick, yeah.
23  Q.  Was there a portable bathroom in the vicinity
24      of the shanty?
25  A.  There was.

Page 39

1   Q.  Did you ever see Mr. Tischer use the portable
2       bathroom?
3   A.  I believe he did.
4   Q.  Was that before or after what you've described
5       about him dropping his brake stick?
6   A.  It was before he came into the shanty, so -- it
7       was before he came into the shanty.
8   Q.  The bathroom was?
9   A.  Yeah.
10  Q.  Okay.
11  A.  So it was sometime when they were out there
12      having that conversation. Whether it was
13      before or after the brake stick, I'm not sure,
14      but I do remember a bang from the door, that he
15      went in there.
16  Q.  Okay. Did you hear Mr. Marvin saying that he
17      wanted the crew to take another run to Norma?
18  A.  I didn't really hear that conversation, so I'm
19      not really sure. But I know that there was,
20      like, another -- I believe that there was
21      another run that was planned or there was --
22      yeah, I know that they were supposed to go up
23      there again.
24  Q.  Did you ever see Mr. Marvin make a phone call
25      while he was in the vicinity of the shanty?

Page 40

1   A.  I don't remember.
2   Q.  Did you ever -- and I think I -- maybe you've
3       talked about this. But did you ever
4       communicate with any of the emergency personnel
5       who responded to the Tischer incident?
6   A.  No.
7   Q.  Have we talked about all of your involvement
8       with the Tischer incident on that day?
9   A.  I do believe so.
10  Q.  Did you have any further involvement with it
11      after that day?
12  A.  I gave the statement, and that was -- that's
13      about it.
14  Q.  And the statement was given on September 29th,
15      2017?
16  A.  Yep.
17  Q.  And who did you give that statement to?
18  A.  Jamie Lukehart.
19  Q.  And who is she?
20  A.  She is a Union Pacific worker.
21  Q.  Do you know what she does?
22  A.  Senior risk management specialist.
23  Q.  But beyond that, you don't know what she does?
24  A.  Not really, no.
25  Q.  Was Mr. Swentik working that night?

Page 41

1  A. I don't believe so.
2  Q. Do you know who Mike Swentik is?
3  A. Yes.
4  Q. And that's S-W-E-N-T-I-K?
5  A. I believe so.
6  Q. Was there any talk about calling Mr. Swentik to
7     get his input into this situation?
8  A. I don't recall.
9  Q. Who is Mr. Swentik?
10 A. He's the big boss over the yard, over Mark
11    Marvin, over all of us.
12 Q. Do you know who Tim Dold, D-O-L-D, is?
13 A. Yeah.
14 Q. Who is he?
15 A. He's another conductor.
16 Q. Was he working that night?
17 A. I don't recall. I don't remember.
18 Q. Have you ever -- well, let me start more
19    broadly. Have you received training from UP
20    about how to do your job?
21 A. About how to do my job?
22 Q. Yes.
23 A. Yeah.
24 Q. I take it when you first started working as a
25    conductor, you had to learn from UP how they

Page 42

1     wanted you to work as a conductor?
2  A. Um-hum.
3  Q. Tell me what that was, essentially.
4  A. Lots of books. It was a class that we went to
5     and learned about -- all about train stuff.
6  Q. And then have you periodically had training
7     from UP since then?
8  A. Yes.
9  Q. In the course of receiving training from UP,
10    have you ever had any first-aid training?
11 A. Not that I recall.
12 Q. And more specifically, have you ever had any
13    stroke awareness training?
14 A. I'm not sure. Maybe since then. I don't
15    really -- I don't know.
16 Q. Setting aside the formal -- any training that
17    you've received from UP, did you have an
18    awareness before Mr. Tischer's incident about
19    what -- recognizing the signs and symptoms of a
20    stroke?
21 A. I know, like, the droopy face, you know, and --
22    what is it? Some of the -- you know, some of
23    the symptoms, which I don't know if I picked
24    that up now or since then because I've seen
25    magnets and other things, you know. But I know

Page 43

1     not being able to use, you know, one side or
2     whatever, and then that side droops.
3  Q. When you say you've seen magnets, what do you
4     mean?
5  A. I've seen, like, things around about stroke
6     awareness.
7  Q. At UP?
8  A. Yeah, I think there was stuff there.
9  Q. What kind of things are there to develop stroke
10    awareness at UP?
11 A. I think there was, like, magnets around or -- I
12    think that's -- yeah, used to be. I thought I
13    seen something there.
14 Q. What do the magnets say, or what do they
15    communicate?
16 A. Symptoms of a stroke, maybe.
17 Q. Like a fridge magnet?
18 A. Yeah, yeah. Yep.
19 Q. That would list certain symptoms?
20 A. I believe so, yeah.
21 Q. Do you know how many symptoms the magnet
22    listed?
23 A. I don't.
24 Q. Are they just in a basket and anyone who wants
25    one can take one, or how --

Page 44

1  A. No. I just seen one somewhere around there.
2  Q. Okay. Did you -- you had mentioned earlier
3     that you had a certified nursing assistant --
4  A. Yeah, that's correct.
5  Q. Is that a license or a --
6  A. Certificate, yeah.
7  Q. And so as part of that training, had you had
8     any training about stroke awareness?
9  A. I don't recall. Most of that stuff was, like,
10    after-the-fact stuff as far as, like, dealing
11    with them in -- dealing with elderly or other
12    things, like, in a nursing home situation.
13 Q. So when you say you had some awareness before
14    Mr. Tischer's incident kind of about symptoms
15    of a stroke, is that just sort of coming from
16    your general knowledge?
17 A. Yeah. My grandma had one.
18 Q. Okay.
19 A. Yeah.
20    (Exhibit 33 marked for identification.)
21 BY MR. BANKER:
22 Q. Showing you what's been marked for
23    identification as Exhibit 33. Do you recognize
24    what this document is?
25 A. It's a map of the Altoona yard.

11 (Pages 41 to 44)

Page 45

1  Q. And I -- and I understand it to be more of a
2     schematic than -- than a to-scale drawing. Is
3     that your understanding as well?
4  A. Yeah.
5  Q. Are you able to use this Exhibit 33 track chart
6     to orient me to where the shanty is relative to
7     the depot? Do you know where the depot is
8     listed on the track chart?
9  A. Let's see. Yep, I do.
10 Q. Are you able to use that to orient you to where
11    the shanty is?
12 A. Yep.
13 Q. If you could just put a mark, maybe an X with
14    your initials, next to it to indicate where the
15    shanty is, we'll call that -- why don't we make
16    a mark, No. 1.
17 A. Okay. Oh, I put an X there. Do you want me to
18    change it to --
19 Q. We'll use the X then.
20 A. Okay. We'll go with that.
21 Q. So is everything that you've described in terms
22    of the conversation from when Mr. Tischer comes
23    back into the Altoona yard until he leaves in
24    the PTI vehicle, that all takes place at the
25    shanty location that you've marked on Exhibit

Page 46

1     33?
2  A. That's correct.
3     (Exhibit 34 marked for identification.)
4  BY MR. BANKER:
5  Q. Showing you what's been marked for
6     identification as Exhibit 34. And I'll
7     represent to you that I understand this to be a
8     report of your training from UP. Do you
9     recognize it as being that?
10 A. Training history, yep. Yes, it is.
11 Q. Training history. And looking at the training
12    history, is there anything in there that you
13    would point to as being either first-aid
14    training or stroke training? And I'll
15    represent to you that I've been through it and
16    have not found any such thing, but wondering if
17    you can -- you're able to confirm that.
18 A. It's mostly related to -- it's rules about
19    work. This is -- is this mine?
20 Q. I believe this is your training history.
21 A. I don't know. What's this Medical Rules
22    Training, 2/17 -- 2/7 of '17 Medical Rules? I
23    don't know. I don't know what it is, but I --
24    Medical Rules Training.
25 Q. Okay.

Page 47

1  A. I don't know what -- I don't know what that is,
2     but...
3  Q. Okay. Do you recall receiving any training
4     regarding UP's medical rules?
5  A. Not right offhand. Yeah, that is the only
6     thing I saw that said medical. 5/30, The
7     Science of Fatigue, that sounds like a...
8  Q. What year are you referring to there?
9  A. Oh, that's -- that's -- oh, that's back in '14,
10    5/30 of '14, The Science of Fatigue, and I'm
11    going to say it's probably alcohol.
12 Q. Okay. Let's set that aside. Is that your copy
13    of your statement in front of you?
14 A. Yes, it is.
15 Q. Is that something you want to take with you?
16 A. Sure.
17    (Exhibit 35 marked for identification.)
18 BY MR. BANKER:
19 Q. So showing you what's been marked as Exhibit
20    35, and we've made a couple of references to it
21    today. Exhibit 35 is a copy of your recorded
22    statement given to UP after the Tischer
23    incident?
24 A. Yep.
25 Q. Have you had a chance to review that?

Page 48

1  A. I read it over today.
2  Q. Is there anything in there that you don't
3     believe is accurate or that doesn't accurately
4     reflect your memory?
5  A. No, I -- that was -- this was taken, you know,
6     right after it or within, what, a month's time.
7     So this was probably -- it was fresher in my
8     mind probably then than it is now for sure.
9  Q. Okay.
10 A. That's all. I mean -- and I told what I know
11    and told the truth then too.
12 Q. But in reading through it, you didn't take any
13    issue with anything that was in there?
14 A. No.
15 Q. Did you -- looking at it from the other
16    perspective, do you think there was anything
17    that wasn't included or wasn't asked that bears
18    on this incident?
19 A. I don't know what could have been asked or what
20    was or wasn't, you know. I don't --
21 Q. Sure. That's kind of a bad question.
22 A. Yeah. I don't know.
23 Q. Did you ever learn what had become of Mr.
24    Tischer?
25 A. Yeah, just, you know, from rumors around the

Q & A COURT REPORTERS, INC.
(715) 834-9812

Page 49

1  depot or whatever or people contacting and
2  whatnot.
3  Q. What was your understanding?
4  A. That he suffered a stroke that day and that
5     eventually he passed away, that they tried to
6     do, you know, surgeries on him. And, you know,
7     I think they cut into his head and tried to
8     relieve pressure, and I don't believe he ever
9     talked after that point. It was just rumors
10    I've heard around the depot.
11 Q. Sure.
12 A. Eventually, you know, there was -- he passed
13    away, and there was a collection that went
14    around.
15 Q. Do you recall anyone who specifically
16    communicated any of that understanding to you?
17 A. No. It was just -- like, just, you know, stuff
18    from around the depot. I don't remember who
19    said what about it.
20 Q. Sure. I want to come back to -- you made a
21    point earlier. You said you didn't have a cell
22    phone -- neither you nor Mr. Thomas had a cell
23    phone with you while you were working.
24 A. That's correct.
25 Q. Is that a company policy?

Page 50

1  A. It is.
2  Q. Did you have the ability during the time that
3     Mr. Tischer was at the depot to contact 911?
4  A. When he was at the depot?
5  Q. I'm sorry. When he was at the shanty.
6  A. Not that I was aware of at the time, you know.
7  Q. But if you didn't -- if you didn't have a cell
8     phone and you needed medical assistance or
9     somebody you were working with, would you have
10    been able to do it, or what would you -- how
11    would you have handled that?
12 A. I guess, you know, now -- like, now that I've
13    been there longer and know other stuff about
14    it, there's a -- our -- you can tip the box,
15    and it will broadcast a man down, and that will
16    get -- that'll flag on the radio to, like, the
17    dispatch in Omaha.
18 Q. When you say "tip the box," are you talking
19    like a remote control box?
20 A. Yep, yep. If you tip that, it will alarm out,
21    and you'll get someone on the radio. And then
22    also on our handhelds I believe I've learned
23    that if you press star 911, I think that it
24    calls 911.
25 Q. And is that an understanding that you developed

Page 51

1  after the Tischer incident?
2  A. Yeah.
3  Q. How did you learn about that after the Tischer
4     incident?
5  A. I don't really know. Just because I became
6     more familiar with the stuff and maybe someone
7     said, you know. I -- I don't know. Maybe it
8     was because of this, you know.
9  Q. If you had wanted to call 911 when Mr. Tischer
10    was at the depot, how would you have gone about
11    that --
12 A. At the shanty?
13 Q. -- given your understanding at the time?
14 A. When he was at the shanty?
15 Q. When he was at the shanty. Did I say depot
16    again?
17 A. Yeah, you did.
18 Q. I didn't mean to. Shanty.
19 A. Marvin was -- you know, Marvin was there, and
20    management can have cell phones, so I guess,
21    you know, I would -- you know, at that time, I
22    guess, I probably would have called to the
23    management, you know, or would have called to
24    the office.
25 Q. And how -- if you don't have a cell phone, how

Page 52

1  do you call to management or the office from
2  the shanty?
3  A. Our handheld walkie-talkies.
4  Q. Let me just take a moment and review my notes.
5     Just one other topic I want to explore. Do you
6     know who Jessica Carson is?
7  A. She's our nurse.
8  Q. When you say she's your nurse, in what sense is
9     she your nurse?
10 A. She's the Union Pacific nurse lady who comes
11    around with the flu shots and blood pressure
12    and other things like that.
13 Q. How often does she come around and do that sort
14    of thing?
15 A. I don't know.
16 Q. Have you ever spoken with Ms. Jessica Carson
17    about anything relating to the Tischer
18    incident?
19 A. I remember seeing an email that came out about
20    it, but I don't remember talking with her about
21    this specific incident.
22 Q. What's your recollection of the email that came
23    out?
24 A. Well, there's safety -- there's some kind of
25    safety thing that comes out after an incident

Page 53

1 has taken place, and I remember seeing
2 something about -- you know, a report about --
3 or something. I remember seeing something a
4 stroke -- something about stroke on an email.
5 Q. From Jessica Carson?
6 A. I think it was. I don't really know for sure.
7 Q. And do you remember anything more specifically
8 about what it said?
9 A. I don't, really. Maybe that's where that
10 acronym -- maybe there's an acronym in there
11 about something about a stroke. Like, I don't
12 really recall what that email said.
13 Q. Are you familiar with a -- with a stroke
14 acronym that UP uses?
15 A. I know that there is one. I saw it on that
16 magnet.
17 Q. Is the -- is the acronym FAST, F-A-S-T, at all
18 familiar to you?
19 A. Isn't that the fire extinguisher one?
20 Q. I couldn't tell you. I guess I'm asking what
21 you -- what you recall.
22 A. There's so many -- like, I don't know. I think
23 there is one. I know that there is one with
24 that, but I don't know what it stands for at
25 the moment.

Page 54

1     MR. BANKER: Okay. Thank you. I don't
2 have any further questions.
3 BY MR. COHEN:
4 Q. Good afternoon, Mr. Lowe. We met earlier today
5 before your deposition, but I'll introduce
6 myself again. My name is Mike Cohen, and I
7 represent PTI in this lawsuit. Do you know who
8 was driving the PTI van on August 12th, 2017?
9 A. I do not.
10 Q. Are you familiar with the name Charles or Chaz
11 Lux?
12 A. Chaz. Chaz kind of rings a bell. Chaz. I
13 don't believe he works there anymore.
14 Q. How were you possibly familiar with that name?
15 A. Probably from getting rides from him.
16 Q. Had you gotten rides from the driver of the PTI
17 van that was driving the PTI van on
18 August 12th, 2017?
19 A. I probably did.
20 Q. Okay. You mentioned that at some point the PTI
21 van pulled up to the shanty on that day; is
22 that correct?
23 A. Yep.
24 Q. And do you know approximately how long the PTI
25 van was parked near the shanty?

Page 55

1 A. I don't.
2 Q. And it was your testimony, correct, that the
3 PTI van later drove away with Mr. Tischer;
4 right?
5 A. Yep.
6 Q. Do you know where the PTI van took Mr. Tischer?
7 A. I assumed back to the depot.
8 Q. Do you know how the -- how the driver of the
9 van knew where to take Mr. Tischer?
10 A. As part of their training.
11 Q. Did you ever hear anybody tell the driver of
12 the PTI van where to take Mr. Tischer?
13 A. Not that I recall.
14 Q. Did you ever hear anybody say anything to the
15 PTI driver, or did you hear the PTI driver say
16 anything to anybody that day?
17 A. About this incident, like, there?
18 Q. Yes.
19 A. No, I don't know.
20 Q. Fair enough.
21 A. Yeah.
22 Q. I want to talk to you a little bit about your
23 training. Other than the Medical Rules
24 Training you may have received, did -- did
25 Union Pacific ever offer any first-aid training

Page 56

1 to you that you recall?
2 A. Not that I recall.
3     MR. COHEN: Okay. That's all the
4 questions I have. Sorry. One last question.
5 BY MR. COHEN:
6 Q. You mentioned that a collection went around
7 after Mr. Tischer passed away; is that correct?
8 A. That's correct.
9 Q. Who put that collection around?
10 A. One of our co-workers. I don't know.
11 Q. Do you recall approximately when that was?
12 A. Maybe a month and a half later, maybe.
13 Q. Sure. And what was your understanding of the
14 purpose of that collection?
15 A. To help with his wife and kids.
16 Q. Sure. Did you donate to the Tischer family?
17 A. I did.
18 Q. How much did you donate?
19 A. 2, 300 bucks.
20 Q. Did a lot of your -- do you know if a lot of
21 your co-workers donated as well?
22 A. I believe they did.
23     MR. COHEN: All right. Thank you very
24 much.
25     MR. HAYDEN: I just have some questions

14 (Pages 53 to 56)

Q & A COURT REPORTERS, INC.
(715) 834-9812

Page 57

1    for you, Harold.
2    BY MR. HAYDEN:
3    Q.  Going to sort of bounce around the chronology a
4        bit.  Did you -- did you yourself being --
5        working the footboard that day, did you weigh
6        in at all on the second run, whether it should
7        be done or not?
8    A.  I don't think so.
9    Q.  That was a decision that was, as you understood
10       it, made by Mr. Marvin not to perform the
11       second run?
12   A.  It was between Neil Franchuk and Mark Marvin.
13   Q.  But Mr. Marvin would have had the final say on
14       that.  Is that your understanding?
15   A.  It was between Mark Marvin and Neil Franchuk.
16       If Neil refuses to go or if Marvin says no, I
17       don't know.
18   Q.  But you didn't hear -- you weren't -- you
19       didn't hear the conversation between Mr. Marvin
20       and Mr. Franchuk relative to the
21       decision-making of the second run?
22   A.  No.
23   Q.  Okay.  When Jacob Tischer was in the shanty and
24       as what you were doing -- when you testified
25       earlier he came into the shanty, you were doing

Page 58

1    your paperwork, and you made some observations
2    of him, and you were talking to him, was he
3    talking coherently; in other words, could you
4    understand what he was saying?
5    A.  Yes.
6    Q.  There was nothing odd about his speech pattern?
7    A.  Not that I recall.
8    Q.  When you were in the shanty, did you observe --
9        with Jake, did you observe him make any calls
10       on his cell phone?
11   A.  No.
12   Q.  Were you aware that he did make any calls on
13       his cell phone at any time during this
14       situation?
15   A.  No.
16   Q.  Safe to say that you at the time did not know
17       what was wrong with Mr. Tischer?
18   A.  Not a clue.
19   Q.  And you never suspected that he was having a
20       stroke?
21   A.  Absolutely not.
22   Q.  And Mr. Tischer did not ask you to call 911 for
23       him; is that right?
24   A.  No.
25   Q.  Did you overhear Mr. Tischer say to anyone that

Page 59

1    he believed he was having a stroke?
2    A.  No.
3    Q.  And did you overhear Mr. Tischer say to anyone:
4        Mr. Marvin, Mr. Thomas, Mr. Franchuk, Mr. Lux,
5        whether -- or that they -- he would -- let me
6        start over.  It's real convoluted.  Did you
7        ever hear Mr. Tischer ask Mr. Marvin,
8        Mr. Franchuk, Mr. Thomas, or Mr. Lux to call
9        911 on his behalf?
10   A.  No.
11   Q.  In your statement, which we've marked as
12       Exhibit 35, there's a statement in there that
13       you made to Ms. Lukehart that when you
14       called -- when you radioed Mr. Marvin to
15       inquire of how Jake was doing that Mr. Marvin
16       told you that he had already called 911 for
17       him; is that correct?
18   A.  Did it say...
19   Q.  I can just point you to it.
20   A.  Yeah.
21   Q.  Look at Page -- Page 6 of that document, the
22       statement starting on Line 13 where you say,
23       quote, I think that that was when I radioed
24       Mark Marvin and asked him if emergency
25       personnel were, like, contacted or something to

Page 60

1    that effect.  The next question was, And he
2    responded that they had been, and your answer
3    was, Yes -- or, Yup, and that he believed that
4    Jake was suffering a stroke.  Do you see that?
5    A.  Yep.
6    Q.  And so that's accurate?
7    A.  Yep.
8    Q.  Was that the first time that you'd ever heard
9        any one of any of the cast of characters who
10       was there during this time period during the
11       incident use the word "stroke"?
12   A.  I believe so.
13   Q.  It's been testified to by others in this case
14       who came before you that this time period where
15       Mr. Tischer and others were in and around the
16       shanty was about 8:15 p.m. to 8:30 or so.  Does
17       that sound right to you in retrospect?
18   A.  Probably.
19   Q.  From the shanty if -- at the shanty there's a
20       landline; is that correct?
21   A.  Yes, there is.
22   Q.  And you can make outside calls on that?
23   A.  It's locked, so I don't -- I think you have to
24       have a code.
25   Q.  Okay.  And you're aware of what RMCC is?

Page 61

1  A. Yep.
2  Q. And that can be called from the radio?
3  A. By calling dispatch?
4  Q. Yep.
5  A. Yeah. I can call dispatch, yep.
6  Q. Did you talk to Mr. Tischer -- I'm sorry if
7     you've already testified to this. But did you
8     talk to him at all, either by phone or in
9     person, at any time after you last saw him
10    leave the shanty?
11 A. No.
12 Q. Did you go to the hospital to see him?
13 A. No.
14 Q. Did you attempt to reach out to him?
15 A. As it said in the thing, I tried to friend him
16    on Facebook.
17 Q. And did he respond?
18 A. No.
19 Q. Did you ever -- Mr. Banker asked you whether
20    you made contemporaneous -- or notes at the
21    same time that you were in the shanty while
22    this was all going on. Did you at any time
23    after the fact sit down and write down any
24    timeline or any -- any recollections?
25 A. No.

Page 62

1  Q. Have you spoken with anyone else from
2     management, including Mr. Marvin, Mr. Swentik,
3     after the incident about what happened --
4  A. Well --
5  Q. -- if you recall?
6  A. I talked to -- I talked to Ms. Lukehart about
7     it. And I don't really recall having any other
8     detailed conversations about that particular
9     incident. I don't remember talking -- sitting
10    down and talking with anyone about it.
11 Q. And other than scuttlebutt and rumors that
12    you've heard around the yard in the days and
13    weeks that followed, did you ever sit down with
14    anyone and have an extended conversation that
15    you can -- the details of which you can recall
16    right now about what happened?
17 A. No.
18 Q. You think anybody did anything wrong that day?
19 A. No.
20 Q. Do you know Mr. Tischer's brother?
21 A. Not personally.
22 Q. I'm drawing a blank on his first -- Josh. Josh
23    Tischer, does that help you recollect?
24 A. He was a conductor there. I believe his name
25    was on the roster, but I don't really remember

Page 63

1     him.
2  Q. Have you ever -- did you ever talk to Josh
3     Tischer, whether it was that evening,
4     August 12th, 2017, or any day following, about
5     the incident?
6  A. No.
7  Q. You indicated that you may have heard some
8     radio chatter when Neil and Jake's train came
9     back to the Altoona yard. Do you remember any
10    of that radio communication specifically, as
11    you sit here today?
12 A. Not specifically, no.
13 Q. Just a point of clarification. When you said
14    that it was your recollection that you believe
15    Mr. Tischer had gone to the porta-john because
16    you heard the door slam, the spring-loaded
17    doors --
18 A. Um-hum.
19 Q. -- you're familiar with, you didn't observe
20    him, though, walking either to or from the
21    porta-john; is that -- is that right?
22 A. I'm not sure.
23 Q. You don't recall?
24 A. I don't recall that.
25 Q. Last question. Your grandmother, when she had

Page 64

1     her stroke, did you observe her when she was in
2     the midst of that?
3  A. No.
4     MR. HAYDEN: Those are all my questions.
5  Thank you.
6     MR. BANKER: I don't have anything
7  further.
8     MR. COHEN: I don't either.
9     MR. HAYDEN: Thank you, sir. You're all
10 done.
11    (Proceedings concluded at approximately
12 3:21 p.m.)

```
                                              Page 65
 1   STATE OF WISCONSIN   )
                          )ss
 2   COUNTY OF EAU CLAIRE )
 3
 4       I, Stephanie Peil, Notary Public in and for the
 5   State of Wisconsin, certify there came before me the
 6   deponent herein, namely Harold Lowe, who was by me
 7   duly sworn to testify to the truth and
 8   nothing but the truth concerning the matters in this
 9   cause.
10       I further certify that the foregoing transcript
11   is a true and correct transcript of my original
12   stenographic notes.
13       I further certify that I am neither attorney or
14   counsel for, nor related to or employed by any of
15   the parties to the action in which this deposition
16   is taken; furthermore, that I am not a relative or
17   employee of any attorney or counsel employed by the
18   parties hereto or financially interested in the
19   action.
20       IN WITNESS WHEREOF, I have unto set my hand and
21   affixed my Notarial Seal this 8th day of December,
22   2019.
23
24   _____
25   Stephanie J. Peil, Notary Public
```

17 (Page 65)

My commission expires 1/30/2022
Q & A COURT REPORTERS, INC.