IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Jessica Tischer, individually and as Personal Representative For the Spouse and Children of Jacob Tischer, Decedent,<br><br>   Plaintiff,<br>vs.<br><br>Union Pacific Railroad Company, a Delaware corporation,<br><br>   Defendant.<br>-------------------------------------------------------<br><br>Union Pacific Railroad Company, a Delaware corporation,<br><br>   Defendant/Third-Party Plaintiff,<br>vs.<br><br>Professional Transportation, Inc.<br><br>   Third-Party Defendant. | Civil Action No. 3:19-cv-00166-jdp<br><br>Magistrate Judge Stephen L. Crocker |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

PLEASE TAKE NOTICE that Plaintiff Jessica Tischer ("Tischer") by and through her undersigned counsel, brings the following Motion for Protective Order before the Honorable Stephen L. Crocker.

### MOTION

Plaintiff moves the Court pursuant to Fed. R. Civ. P. 26.03 for a protective order specifying the terms, including the timing, of certain collateral-source written discovery sought by Third-Party Defendant PTI, or alternatively for a protective order establishing a process for designating Tischer's collateral-source personal financial information as confidential and limiting the way that information can be disseminated and used.

This motion is based upon all the files, records, and proceedings in this case to date, including any further filings in support of Tischer's Motion, and the arguments of counsel.

                              HUNEGS, LeNEAVE & KVAS, P.A.

Dated: January 24, 2020        */s/ Paul Banker*
                                      Cortney S. LeNeave, MN ID 018424X
                                      Paul A. Banker, MN ID 256596
                                      Attorneys for Plaintiff
                                      1000 Twelve Oaks Center Drive, Suite 101
                                      Wayzata, Minnesota 55391
                                      (612) 339-4511
                                      (612) 339-5150 Fax
                                      cleneave@hlklaw.com
                                      pbanker@hlklaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the above foregoing instrument was properly forwarded to all counsel of record as listed below as follows:

\_\_\_\_\_ United States Mail, postage prepaid and sealed;

\_\_\_\_\_ United States Certified Mail, postage prepaid and return receipt requested;

\_\_\_\_\_ Hand Delivery;

\_\_\_\_\_ Federal Express/ Next Day Air;

\_\_\_\_\_ Facsimile Transmission;

__X__ Local Rule 5.1 Electronic Filing (U.S.D.C. WD WI); and/or

\_\_\_\_\_ Email (.pdf)

| | |
|---|---|
| Thomas A.P. Hayden<br>Brody Elizabeth Dawson<br>Union Pacific Railroad Corporation<br>101 North Wacker Drive, Room 1920<br>Chicago, IL 60606<br>tahayden@up.com<br>bedawson@up.com | Michael B. Cohen<br>Ian J. Fuller<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>233 S. Wacker Drive, 70th Floor<br>Chicago, IL 60606<br>Michael.cohen@qpwblaw.com<br>Ian.fuller@qpwblaw.com |

Dated: January 24, 2020

                */s/ Paul Banker*
                Paul Banker

*Jessica Tischer, individually and as Personal Representative For the Spouse and Children of Jacob Tischer, Decedent v. Union Pacific Railroad Company v. Professional Transportation, Inc.*
*Court File No. 3:19-cv-00166-jdp*