## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| JESSICA TISCHER, individually and as Personal Representative for the Spouse and Children of JACOB TISCHER, decedent, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 19 CV 166 |
| UNION PACIFIC RAILROAD COMPANY, A Delaware corporation, | ) ) ) | |
| Defendant. | ) | |
| ------------------------------------------------------------- | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| Defendant/Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| PROFESIONAL TRANSPORTATION INC. | ) ) | |
| Third-Party Defendant. | ) | |

## MOTION OF MICHAEL B. COHEN TO WITHDRAW AS COUNSEL FOR PROFESSIONAL TRANSPORTATION, INC.

Michael B. Cohen, counsel for Third-Party Defendant Professional Transportation, Inc.,

moves to withdraw as counsel, and in support thereof states:

1.      The undersigned filed his appearance on behalf of Third-Party Defendant

Professional Transportation, Inc. ("PTI") on June 26, 2019.  Dkt. No. 21.

2.      Kyle Jefferson and Ian Fuller have also filed appearances on behalf of PTI. Dkt.

Nos. 20 and 39.

3.      Undersigned counsel has accepted employment with another law firm, and will no

longer be authorized by PTI to represent its interests in this matter.

4.      Kyle Jefferson and Ian Fuller will continue to represent PTI in this matter.

WHEREFORE, Michael B. Cohen requests that this Court grant him leave to withdraw his appearance on behalf of Third-Party Defendant Professional Transportation, Inc., and that his appearance be withdrawn.

Respectfully submitted,


/s/ Michael B. Cohen
Michael B. Cohen

Michael B. Cohen
Ian N. Fuller
Kyle Jefferson
Quintairos, Prieto, Wood & Boyer, P.A.
233 S. Wacker Drive, 70th Floor
Chicago, Illinois  60606
Telephone:  (312) 566-0700
Facsimile: (312) 566-0041
michael.cohen@qpwblaw.com
ian.fuller@qpwblaw.com
kyle.jefferson@qpwblaw.com

## CERTIFICATE OF SERVICE

I, Michael B. Cohen, an attorney, certify that I caused to be served a copy of the attached **Motion to Withdraw as Counsel for Professional Transportation, Inc.** upon the following individual(s), by deposit in the U.S. Mail box at 233 South Wacker Drive, Chicago, Illinois 60606, postage prepaid, same-day personal delivery by messenger, FedEx overnight delivery, facsimile transmitted from (312) 566-0041, or Case Management Electronic Case Filing System ("CM/ECF"), as indicated below, on March 3, 2020.

**Attorneys for Plaintiff**

Cortney S. Leneave

☒ CM/ECF     Paul Anthony Banker

☐ Facsimile/___ Pages     Hunegs, LeNeave & Kvas, P.A.

☐ Email     10900 Twelve Oaks Center Drive, Ste. 101

☐ U.S. Mail     Wayzata, MN  55391-4704

☐ Messenger     612-330-4511

cleneave@hlklaw.com

pbanker@hlklaw.com

**Attorneys for Defendant/Third-Party Plaintiff Union Pacific**

Brody Elizabeth Dawson

Thomas A.P. Hayden

Union Pacific Railroad Company

101 North Wacker Drive

Room 1920

Chicago, IL  60606

312-777-2062 (Dawson)

312-777-2011 (Hayden)

bedawson@up.com

tahayden@up.com


Dated:  March 3 2020                          _/s Michael B. Cohen_____

Michael B. Cohen
Kyle P. Jefferson
Ian J. Fuller
Quintairos, Prieto, Wood & Boyer, P.A.
233 S. Wacker Drive, 70th Floor
Chicago, Illinois  60606
Telephone:  (312) 566-0700
Facsimile: (312) 566-0041
michael.cohen@qpwblaw.com
kyle.jefferson@qpwblaw.com