IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSICA TISCHER, individually and as personal representative of JACOB TISCHER,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Case No. 19-cv-166-jdp

UNION PACIFIC RAILROAD COMPANY,

    Defendant and
    Third-Party Plaintiff,

v.

PROFESSIONAL TRANSPORTATION INC.,

    Third-Party Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Union Pacific Railroad Company against plaintiff Jessica Tischer dismissing plaintiff's complaint.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of third-party defendant Professional Transportation Inc. against third-party plaintiff Union Pacific Railroad Company dismissing Union Pacific's third-party complaint.

    _____s/ A. Wiseman, Deputy Clerk_____　　　　_____9/30/2020_____
          Peter Oppeneer, Clerk of Court　　　　　　　　　　　　　　Date