IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Jessica Tischer, individually | ) | |
| and as Personal Representative | ) | |
| For the Spouse and Children of | ) | |
| Jacob Tischer, Decedent, | ) | Civil Action No. 3:19-cv-00166-jdp |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Union Pacific Railroad Company, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| ----------------------------------------------------------- | ) | |
| | ) | |
| Union Pacific Railroad Company, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Professional Transportation, Inc. | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Jessica Tischer hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered in this case on September 30, 2020 (Doc. #: 99), where the District Court for the Western District of Wisconsin granted Defendant Union Pacific Railroad Company's Motion for Summary Judgment in its Order dated September 30, 2020 (Doc. #: 98), and ordered judgment be entered and Plaintiff's case dismissed in its entirety.

Respectfully submitted,

Dated:  October 22, 2020                  **HUNEGS, LENEAVE & KVAS, P.A.**


By: */s/ Paul Banker*
    Paul A. Banker, WI ID #1098390
    Cortney S. LeNeave, MN ID 018424X
    Richard L. Carlson, MN ID #210043
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, MN  55391
pbanker@hlklaw.com
cleneave@hlklaw.com
rcarlson@hlklaw.com
(612) 339-4511 Telephone
(612) 339-5150 Facsimile

**ATTORNEYS FOR PLAINTIFF**